FILED
2007 Apr-04 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **NATHANIEL BARNES, JR.,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | )  Case Number:  CR 01-S-277-S |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the "Motion for Error Coram Nobis" be DENIED.  Objections have been filed.  The court has considered the entire file in this action, together with the report and recommendation and the objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.  Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  The "Motion for Error Coram Nobis" is due to be DENIED.  An appropriate order will be entered.

Done this 4th day of April, 2007.

_____
United States District Judge